**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
In re:                                                                      Chapter 11

**AC I NEPTUNE LLC,**                                            Case No.: 18-

                                        Debtor.
----------------------------------------------------------x

## CERTIFICATION OF RESOLUTION

I, Benjamin Ringel, the undersigned Member of RK Neptune LLC ("RK"), the Sole Member of AC I NEPTUNE LLC (the "LLC") do hereby certify that the following resolutions were adopted by the LLC, and they have not been modified or rescinded, and are still in full force and effect:

> **"RESOLVED,** that in the judgment of the LLC it is desirable and in the best interest of the LLC, its creditors, members and other interested parties, that a petition be filed by the LLC for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

> **"RESOLVED,** that the form of petition under Chapter 11 prepared by Shafferman & Feldman LLP is approved and adopted in all respects, and that Benjamin Ringel, a member of RK, the Sole Member of the LLC, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further

> "**RESOLVED,** that Benjamin Ringel, a member of RK, the Sole Member of the LLC, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to take any and all other actions which he may deem necessary or proper in connection with such Chapter 11 case, and, in that connection, that the firm of Shafferman & Feldman be retained and employed as legal counsel for the LLC under a general retainer, in addition to

such special counsel as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case."

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the LLC this 9th day of August, 2018.

                                          /S/ Benjamin Ringel
                                      Benjamin Ringel, Member of RK Neptune LLC,
                                      the Sole Member of AC I NEPTUNE LLC