UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re:                                                          Chapter 11

AC I NEPTUNE LLC,                        Case No.: 18-20007 (RDD)

                               Debtor.
------------------------------------------------------------X

## ORDER GRANTING APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon the Application for Allowance of Interim and Final Compensation and Reimbursement of Expenses and the Supplemental Application of Shafferman & Feldman LLP ("S&F") under 11 U.S.C. §§ 331 and 330 as counsel for AC I Neptune LLC, the debtor and debtor in possession herein (the "Debtor") for professional services rendered and expenses incurred from June 25, 2019 through January 14, 2020 (together, the Application"); and no objections to the Application having been filed; and a hearing having been held before this Court on January 15, 2020 to consider the Application; and due notice have been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due consideration having been given to any oral responses thereto at the hearing; and sufficient cause having been shown therefor, it is hereby

**ORDERED**, that the Application is granted to the extent set forth in Schedules "A" and "B" hereto.

Dated: White Plains, New York
        January 15, 2020

                                                  /s/Robert D. Drain
                                                  HON. ROBERT D. DRAIN
                                                  UNITED STATES BANKRUPTCY JUDGE